Fill in this information to identify the case:

United States Bankruptcy Court for the:

**District of Nevada**

Case number (if known): _____  Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | WAMALA GENERAL PROPERTIES LLC |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

READY TUX

READY FORMAL WEAR

**3. Debtor's federal Employer Identification Number (EIN)**

4 5 – 2 0 4 6 2 4 4

**4. Debtor's address**

Principal place of business

6550 SOUTH PECOS RD   SUITE #B115
Number    Street

Las Vegas, NV 89120
City                State    ZIP Code

Clark
County

Mailing address, if different from principal place of business

_____
Number       Street

_____
City            State    ZIP Code

Location of principal assets, if different from principal place of business

_____
Number       Street

_____
City            State    ZIP Code

**5. Debtor's website (URL)** _____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  __**WAMALA GENERAL PROPERTIES LLC**_____  Case number *(if known)*_____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

_____ _____ _____ _____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                        MM / DD / YYYY

      District _____ When _____ Case number _____
                                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

      District _____ When _____
                                       MM / DD / YYYY

      Case number, if known _____

Debtor    **WAMALA GENERAL PROPERTIES LLC**                                    Case number *(if known)* _____
        Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>Number        Street<br><br>_____<br>City                State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.    Insurance agency _____<br>Contact name _____<br>Phone _____ |

---

**Statistical and administrative information**

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49        ☐ 50-99        ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000<br>☐ 100-199    ☐ 200-999    ☐ 10,001-25,000                ☐ More than 100,000 |
| **15. Estimated assets** | ☑ $0-$50,000            ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000        ☐ $10,000,001-$50 million        ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000        ☐ $50,000,001-$100 million        ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million        ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Debtor    **WAMALA GENERAL PROPERTIES LLC**                                Case number *(if known)* _____
          Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **07/04/2025**
              MM/ DD/ YYYY

**X**    **/s/ SYLVESTER WAMALA**                          **SYLVESTER WAMALA**
         Signature of authorized representative of debtor        Printed name

Title    **MEMBER -MANAGER**

**18. Signature of attorney**

**X**        **/s/ David A. Riggi**              Date  **07/04/2025**
         Signature of attorney for debtor                     MM/ DD/ YYYY

**David A. Riggi**
Printed name

**Riggi Law Firm**
Firm name

**7900 W Sahara Ave Suite 100**
Number        Street

**Las Vegas**                          **NV**        **89117**
City                                   State        ZIP Code

                                       **riggilaw@gmail.com**
Contact phone                          Email address

                                       **NV**
Bar number                             State

Fill in this information to identify the case:

Debtor name **WAMALA GENERAL PROPERTIES LLC**

United States Bankruptcy Court for the:

**District of Nevada**

Case number (if known): _____

☐ Check if this is an
  amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | CLOVER CAPITAL<br>333 Ne 24th St Ste 409<br>Miami, FL 33137-4862 | | | | | | $30,000.00 |
| 2 | LAS VEGAS SOUTH OUTLETS LLC<br>7400 LAS VEGAS BLVD SO.<br>Las Vegas, NV 89123 | | | | | | $28,260.00 |
| 3 | ANTIPANA CREDIT OPPORTUNITY FUND DBA FUNDR<br>43 W 23RD ST<br>New York, NY 10010 | | | | | | $26,480.00 |
| 4 | CFG MERCHANT SOLUTIONS<br>180 MAIDEN LANE 15TH FLOOR<br>, 10038 | | | | | | $17,623.00 |
| 5 | TITLE MAX<br>4650 E Sunset Rd<br>Henderson, NV 89014-2264 | | | | | | $3,000.00 |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor    **WAMALA GENERAL PROPERTIES LLC**
_____    Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

<table>
<tr><td colspan="2" style="background:black;color:white;">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>**WAMALA GENERAL PROPERTIES LLC**</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br>**District of Nevada**</td></tr>
<tr><td colspan="2">Case number (if known): _____</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### ▮ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **07/04/2025**
             MM/  DD/  YYYY

X  **/s/ SYLVESTER WAMALA**
   Signature of individual signing on behalf of debtor

   **SYLVESTER WAMALA**
   Printed name

   **MEMBER -MANAGER**
   Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
**LAS VEGAS DIVISION**

IN RE: **WAMALA GENERAL PROPERTIES**
**LLC**

CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date **07/04/2025**      Signature **/s/ SYLVESTER WAMALA**

SYLVESTER WAMALA , MEMBER -MANAGER

ANNA MCDONOUGH
6550 S PECOS RD #B115
Las Vegas, NV 89120

ANTIPANA CREDIT
OPPORTUNITY FUND DBA
FUNDR
43 W 23RD ST
New York, NY 10010

CFG MERCHANT SOLUTIONS
180 MAIDEN LANE 15TH FLOOR
10038

Clark Co Assessor c/o
Bankruptcy Clerk
500 S Grand Central Pkwy
Po Box 551401
Las Vegas, NV 89155-1401

Clark Co Treasurer c/o
Bankruptcy Clerk
500 S Grand Central Pkwy
Po Box 1220
Las Vegas, NV 89125-1220

CLOVER CAPITAL
333 Ne 24th St Ste 409
Miami, FL 33137-4862

FAHIM GANI
236 BARLETTA AVE
Las Vegas, NV 89123

GALLERIA AT SUNSET
C/O SPINOSO REAL ESTATE GROUP
1300 W SUNSET RD
Henderson, NV 89014

Internal Revenue Service
ATTN: BANKRUPTCY DEPT
PO Box 7346
PHILADELPHIA, PA 19101-7346


LAS VEGAS SOUTH OUTLETS
LLC
7400 LAS VEGAS BLVD SO.
Las Vegas, NV 89123


Nevada Dept of Empl Security
500 E 3rd St
Carson City, NV 89713-0001


NV Dept of Taxation
Bankruptcy Section
500 E Washington Ave Ste 13000
Las Vegas, NV 89101-1000


SMALL BUSINESS
ADMINISTRATION
409 3RD STREET SW
Washington, DC 20416


State of NV DMV
Attn: Legal Division
555 Wright Way
Carson City, NV 89711-0001


TITLE MAX
4650 E Sunset Rd
Henderson, NV 89014-2264


WILLIAM SHUGAN
4545 EL CAMPANA WAY
Las Vegas, NV 89121

### RESOLUTION AND DECLARATION OF
### WAMALA GENERAL PROPERTIES LLC

The undersigned, the member/s of WAMALA GENERAL PROPERTIES LLC DBA READY TUXEDO (the "Company"), hereby approves and adopts the following resolutions effective no later than as of July 4, 2025:

RESOLVED that in the judgment of the Company, and upon the advice of insolvency counsel, it is desirable and in the best interests of the Company and its creditors and other interested parties that a voluntary petition for relief be filed under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), and such filing is authorized hereby, and the Company shall initiate a bankruptcy case and proceedings.

RESOLVED that Sylvester Wamala (the "Authorized Person," and "Responsible Person, shall be authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a bankruptcy petition, schedules, statements, and any amendments thereto under chapter 11, of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Nevada at such time as such Authorized Person executing the same shall determine.

RESOLVED that the Authorized Person shall be designated as the responsible person in Company's chapter 11 bankruptcy case pursuant to Fed. R. Bankr. P. 9001(5) (the "Responsible Person"), and is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts necessary on behalf of the Company in connection with such bankruptcy case (which includes preparation of tax returns and financial statements which are not currently prepared) but consistent with the provisions of the Bankruptcy Code.

RESOLVED that the RIGGI LAW FIRM is engaged and shall continue its engagement as attorneys for the Company in the chapter 11 case of the Company, and its legal representation agreement is approved.

RESOLVED that the Responsible Person is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all papers, and to take and perform any and all further acts and deeds which he or she deems necessary and proper to commence the chapter 11 subchapter V case.

RESOLVED that any and all past actions heretofore taken by the Responsible Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions with respect to the preparation and commencement of the chapter 11 case be, and the same hereby are, ratified, confirmed, and approved; and it further

**IN WITNESS WHEREOF**, the undersigned, on behalf of the Company and by execution hereof, hereby approves this Resolution as of the date first above written and all statements herein are, and should be considered, declared under penalty of perjury that such statements are true and correct to the best recollection of the undersigned.

Resolved, Declared and Approved by WAMALA GENERAL PROPERTIES LLC

DATED: July 4, 2025

By:    */s/Sylvester Wamala*
Sylvester Wamala
Member-manager

**STATEMENT FOR WAMALA GENERAL PROPERTIES LLC**
**REGARDING PREPARATION AND AVAILABILITY OF DOCUMENTS**
**PURSUANT TO 11 U.S.C. 1116(1)**

On behalf of WAMALA GENERAL PROPERTIES LLC, a Nevada LLC (the "Company"), I have reviewed requirements set forth in 11 U.S.C. 1116 and, after such review, I hereby state that:

(1) The Company has filed, as part of the owner's personal return, a most recent Federal income tax return, a copy of the applicable sections is appended hereto and, therefore, should be considered appended to the petition when this is filed with the court; and

(2) At this time, no recent balance sheet, statement of operations or cash-flow statement is available for filing, but the Company reserves the right to supplement this statement as appropriate if such document(s) are available.

I declare under penalty of perjury that the foregoing is true and correct.

 Executed on July 4, 2025.

By: */s/Sylvester Wamala*
SYLVESTER WAMALA,
of
WAMALA GENERAL PROPERTIES LLC,
a Nevada LLC

**SCHEDULE C**
(Form 1040)

# Profit or Loss From Business
(Sole Proprietorship)

Attach to Form 1040, 1040-SR, 1040-SS, 1040-NR, or 1041; partnerships must generally file Form 1065.

Go to *www.irs.gov/ScheduleC* for instructions and the latest information.

OMB No. 1545-0074

**2023**

Attachment
Sequence No. **09**

Department of the Treasury
Internal Revenue Service

| Name of proprietor | Social security number (SSN) |
|---|---|
| Sylvester Wamala | |

| A | Principal business or profession, including product or service (see instructions) | B Enter code from instructions |
|---|---|---|
| | Retail Formal Wear | 458110 |

| C | Business name. If no separate business name, leave blank. | D Employer ID number (EIN) (see instr.) |
|---|---|---|
| | Wamala General Properties LLC | 45-2046244 |

E Business address (including suite or room no.) ▶ Caesar's Palace   (Beverly formal Wear) 9 mos
City, town or post office, state, and ZIP code ▶ Fashion Mall(Ready Tux)12,

| F | Accounting method: | (1) ☒ Cash | (2) ☐ Accrual | (3) ☐ Other (specify) | |
|---|---|---|---|---|---|

| G | Did you "materially participate" in the operation of this business during 2023? If "No," see instructions for limit on losses | ☒ Yes ☐ No |
|---|---|---|
| H | If you started or acquired this business during 2023, check here | ☐ |
| I | Did you make any payments in 2023 that would require you to file Form(s) 1099? See instructions | ☒ Yes ☐ No |
| J | If "Yes," did you or will you file required Form(s) 1099? | ☒ Yes ☐ No |

## Part I   Income

| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked ☐ | 1 | 407,776. |
|---|---|---|---|
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 407,776. |
| 4 | Cost of goods sold (from line 42) | 4 | 169,827. |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 237,949. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 | 7 | 237,949. |

## Part II   Expenses.  Enter expenses for business use of your home **only** on line 30.

| 8 | Advertising | 8 | 7,521. | 18 | Office expense (see instructions) | 18 | |
|---|---|---|---|---|---|---|---|
| 9 | Car and truck expenses (see instructions) | 9 | 17,313. | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | a | Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion | 12 | | b | Other business property | 20b | 86,671. |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | 5,633. | 21 | Repairs and maintenance | 21 | 4,651. |
| | | | | 22 | Supplies (not included in Part III) | 22 | 8,742. |
| | | | | 23 | Taxes and licenses | 23 | 5,335. |
| 14 | Employee benefit programs (other than on line 19) | 14 | 1,316. | 24 | Travel and meals: | | |
| | | | | a | Travel | 24a | 280. |
| 15 | Insurance (other than health) | 15 | 13,669. | b | Deductible meals (see instructions) | 24b | 2,085. |
| 16 | Interest (see instructions): | | | 25 | Utilities | 25 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits) | 26 | |
| b | Other | 16b | | 27a | Other expenses (from line 48) | 27a | 17,393. |
| 17 | Legal and professional services | 17 | 4,640. | b | Energy efficient commercial bldgs deduction (attach Form 7205) | 27b | |

| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27b | 28 | 175,249. |
|---|---|---|---|
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | 29 | 62,700. |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions. **Simplified method filers only:** Enter the total square footage of (a) your home: _____ and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. <br> • If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions.) Estates and trusts, enter on **Form 1041, line 3.** <br> • If a loss, you **must** go to line 32. | 31 | 62,700. |

| 32 | If you have a loss, check the box that describes your investment in this activity. See instructions. <br> • If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on **Form 1041, line 3.** <br> • If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | 32a ☒ All investment is at risk. <br> 32b ☐ Some investment is not at risk. |
|---|---|---|

For Paperwork Reduction Act Notice, see the separate instructions.
UYA

Schedule C (Form 1040) 2023

Schedule C (Form 1040) 2023　　**Sylvester Wamala**　　　　　　　　Page **2**

| **Part III** | **Cost of Goods Sold** (see instructions) | | |
|---|---|---|---|

**33** Method(s) used to value closing inventory: **a** ☒ Cost　　**b** ☐ Lower of cost or market　　**c** ☐ Other (attach explanation)

**34** Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes　☒ No

| | | | |
|---|---|---|---|
| **35** | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . . . . . | **35** | |
| **36** | Purchases less cost of items withdrawn for personal use . | **36** | 85,465. |
| **37** | Cost of labor. Do not include any amounts paid to yourself . . . | **37** | 47,708. |
| **38** | Materials and supplies . . . | **38** | 1,770. |
| **39** | Other costs . . . | **39** | 34,884. |
| **40** | Add lines 35 through 39 . | **40** | 169,827. |
| **41** | Inventory at end of year . | **41** | |
| **42** | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 . . . . . . . . . | **42** | 169,827. |

| **Part IV** | **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562. |
|---|---|

**43** When did you place your vehicle in service for business purposes? (month/day/year)　　_____

**44** Of the total number of miles you drove your vehicle during 2023, enter the number of miles you used your vehicle for:

**a** Business 0 _____　**b** Commuting (see instructions) 0 _____　**c** Other 0 _____

**45** Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . ☐ Yes　☐ No

**46** Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . . ☐ Yes　☐ No

**47a** Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes　☐ No

**b** If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes　☐ No

| **Part V** | **Other Expenses.** List below business expenses not included on lines 8-26, line 27b, or line 30. | |
|---|---|---|
| Bank Service Charges | | 1,924. |
| Credit Card Processing Fees | | 871. |
| Computer and Internet | | 4,746. |
| Postage | | 2,019. |
| Telephone | | 6,203. |
| Continuing Education | | 1,230. |
| Dues & Subscriptions - Memberships | | 400. |
| | | |
| | | |
| **48** Total other expenses. Enter here and on line 27a . . . . . . . . . . . . . . . . . | **48** | 17,393. |

UYA　　　　　　　　　　　　　　02/20/2025 11:39:00AM　　　　　　　　**Schedule C (Form 1040) 2023**

Form **8995**

Department of the Treasury
Internal Revenue Service

## Qualified Business Income Deduction
## Simplified Computation

**Attach to your tax return.**
Go to *www.irs.gov/Form8995* for instructions and the latest information.

OMB No. 1545-2294

**2023**

Attachment
Sequence No. **55**

Name(s) shown on return

**Sylvester Wamala**

Your taxpayer identification number

**Note.**   You can claim the qualified business income deduction  **only** if you have qualified business income from a qualified trade or business, real estate investment trust dividends, publicly traded partnership income, or a domestic production activities deduction passed through from an agricultural or horticultural cooperative. See instructions.

Use this form if your taxable income, before your qualified business income deduction, is at or below $182,100 ($364,200 if married filing jointly), and you aren't a patron of an agricultural or horticultural cooperative.

| 1 | (a) Trade, business, or aggregation name | (b) Taxpayer identification number | (c) Qualified business income or (loss) |
|---|---|---|---|
| i | **Wamala General Properties LLC** | **45-2046244** | **54,778.** |
| ii | | | |
| iii | | | |
| iv | | | |
| v | | | |

| | | | | |
|---|---|---|---|---|
| 2 | Total qualified business income or (loss). Combine lines 1i through 1v, column (c) . . . . . . . . . . . . . . . . . . . . | **2** | **54,778.** | |
| 3 | Qualified business net (loss) carryforward from the prior year . . . . . . . . . . . . . | **3** | ( ) | |
| 4 | Total qualified business income. Combine lines 2 and 3. If zero or less, enter -0- . . . . . | **4** | **54,778.** | |
| 5 | Qualified business income component. Multiply line 4 by 20% (0.20). . . . . . . . . . . | | | **5** **10,956.** |
| 6 | Qualified REIT dividends and publicly traded partnership (PTP) income or (loss) (see instructions) . . . . . . . . . . . . . . . . . . . . | **6** | | |
| 7 | Qualified REIT dividends and qualified PTP (loss) carryforward from the prior year . . . . . . . . . . . . . . . . . . . . | **7** | ( ) | |
| 8 | Total qualified REIT dividends and PTP income. Combine lines 6 and 7. If zero or less, enter -0- | **8** | | |
| 9 | REIT and PTP component. Multiply line 8 by 20% (0.20) . . . . . . . . . . . . . . . | | | **9** |
| 10 | Qualified business income deduction before the income limitation. Add lines 5 and 9 . . . . . . | | | **10** **10,956.** |
| 11 | Taxable income before qualified business income deduction (see instructions)    . . . . | **11** | **40,928.** | |
| 12 | Enter your net capital gain, if any, increased by any qualified dividends (see instructions) . . . . . . . . . . . . . . . . . . . . | **12** | | |
| 13 | Subtract line 12 from line 11. If  zero or less, enter -0- . . . . . . . . . . . . . | **13** | **40,928.** | |
| 14 | Income limitation. Multiply line 13 by 20% (0.20) . . . . . . . . . . . . . . . . | | | **14** **8,186.** |
| 15 | Qualified business income deduction. Enter the smaller of line 10 or line 14. Also enter this amount on the applicable line of your return (see instructions)   . . . . . . . . . . . . . | | | **15** **8,186.** |
| 16 | Total qualified business (loss) carryforward. Combine lines 2 and 3. If greater than zero, enter -0-. . . . . . . . . | | | **16** ( ) |
| 17 | Total qualified REIT dividends and PTP (loss) carryforward. Combine lines 6 and 7. If greater than zero, enter -0- . . . . | | | **17** ( ) |

**For Privacy Act and Paperwork Reduction Act Notice, see instructions.**

Form **8995** (2023)

UYA

02/20/2025 11:39:00AM

| Form **4562** | **Depreciation and Amortization** (Including Information on Listed Property) | OMB No. 1545-0172 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | **Attach to your tax return.** Go to *www.irs.gov/Form4562* for instructions and the latest information. | **2023** Attachment Sequence No. **179** |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| Sylvester Wamala | Wamala General Properties LLC | |

**Part I**  **Election To Expense Certain Property Under Section 179**
**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | **1** | |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | **3** | |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | 0. |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | 0. |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | **7** | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2022 Form 4562 | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | **12** | |
| 13 | Carryover of disallowed deduction to 2024. Add lines 9 and 10, less line 12 | **13** | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II**  **Special Depreciation Allowance and Other Depreciation (Don't** include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | **14** | |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

**Part III**  **MACRS Depreciation (Don't** include listed property. See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2023 | **17** | 5,633. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ☐ | | |

**Section B—Assets Placed in Service During 2023 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| **19a** 3-year property | | | | | | |
| **b** 5-year property | | | | | | |
| **c** 7-year property | | | | | | |
| **d** 10-year property | | | | | | |
| **e** 15-year property | | | | | | |
| **f** 20-year property | | | | | | |
| **g** 25-year property | | | 25 yrs. | | S/L | |
| **h** Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| **i** Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C—Assets Placed in Service During 2023 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| **20a** Class life | | | | | S/L | |
| **b** 12-year | | | 12 yrs. | | S/L | |
| **c** 30-year | | | 30 yrs. | MM | S/L | |
| **d** 40-year | | | 40 yrs. | MM | S/L | |

**Part IV**  **Summary** (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | **22** | 5,633. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

For Paperwork Reduction Act Notice, see separate instructions.                Form **4562** (2023)
UYA

02/20/2025  11:39:00AM

Form 4562 (2023)    Sylvester Wamala    Wamala General Proper    █████    Page 2

| **Part V** | **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.) |

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

### Section A—Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)

**24a** Do you have evidence to support the business/investment use claimed? ☐ **Yes** ☐ **No**    **24b** If "Yes," is the evidence written? ☐ **Yes** ☐ **No**

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **25** Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions . . . . . . . . . . . . | | | | | | | **25** | |
| **26** Property used more than 50% in a qualified business use: | | | | | | | | |
| Business Vehicle | 01/01/21 | 78.13% | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| **27** Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| **28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . . . . . . . . | | | | | | **28** | | |
| **29** Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . . . | | | | | | | **29** | |

### Section B—Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | | (a) Business Vehicle Vehicle 1 | (b) Vehicle 2 | (c) Vehicle 3 | (d) Vehicle 4 | (e) Vehicle 5 | (f) Vehicle 6 |
|---|---|---|---|---|---|---|---|
| **30** | Total business/investment miles driven during the year (**don't** include commuting miles) . . | 26432 | | | | | |
| **31** | Total commuting miles driven during the year | 2400 | | | | | |
| **32** | Total other personal (noncommuting) miles driven . . . . . . . . . . . | 5000 | | | | | |
| **33** | Total miles driven during the year. Add lines 30 through 32 . . . . . . . . . | 33832 | | | | | |
| **34** | Was the vehicle available for personal use during off-duty hours? . . . . . . . . | Yes   No | Yes   No | Yes   No | Yes   No | Yes   No | Yes   No |
| **35** | Was the vehicle used primarily by a more than 5% owner or related person? . . . . . | | | | | | |
| **36** | Is another vehicle available for personal use? | | | | | | |

### Section C—Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | | Yes | No |
|---|---|---|---|
| **37** | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| **38** | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| **39** | Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . | | |
| **40** | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . . | | |
| **41** | Do you meet the requirements concerning qualified automobile demonstration use? See instructions . . . | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

| **Part VI** | **Amortization** |

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **42** Amortization of costs that begins during your 2023 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| **43** Amortization of costs that began before your 2023 tax year . . . . . . . . . . | | | | **43** | |
| **44** **Total.** Add amounts in column (f). See the instructions for where to report . . . . . | | | | **44** | |

UYA    Form **4562** (2023)

**Details for Schedule C, Line 39**

**Sylvester Wamala**

**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**

| Date | Description | Amount |
|------|-------------|--------|
| | Dry Cleaning Rentals | 2,522.00 |
| | Sales Tax | 32,362.00 |
| | **Total** | **34,884.00** |